FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                             No.24-CR-01717-DHU

CHRISTIAN MORENO,

        Defendant.

**STIPULATED ORDER MODIFYING CONDITIONS OF PRE TRIAL RELEASE**

    **THIS MATTER** came before the Court on the Defendant's Motion to Modify pre trial conditions and the Court having reviewed the file finds that the Motion is well taken and should be granted;

    **THEREFORE IT IS THE ORDER OF THE COURT** that the Defendant's conditions of release are modified to remove electronic monitoring as a condition of release.  Defendant to report to pre trial services to have device removed.  All other conditions remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

/s/ Herman E. Ortiz, Retained Counsel

/s/ Asst. U.S. Attorney Louis C. Mattei via email dated 07/13/2026

/s/ Pre Trial Services Officer Anthony Carter via email dated 06/03/2026